IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **PETTY OFFENSE CASE NO.** |
| v. | ) | **1:16-po-15-MHT** |
| | ) | **(WO)** |
| **LAZARUS ANTONIO REAVES, JR.** | ) | |

## JUDGMENT

It is ORDERED, ADJUDGED, AND DECREED that the judgment of conviction and sentence (doc. no. 29) entered against appellant Lazarus Antonio Reaves, Jr. on August 4, 2016 (doc. no. 29), is affirmed.

DONE, this the 12th day of December, 2016.

                                         /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**