IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | PETTY OFFENSE CASE NO. |
| v. | ) | 1:16-po-15-MHT |
| | ) | (WO) |
| LAZARUS ANTONIO REAVES, JR. | ) | |

**ORDER**

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on the 11th day of August, 2017 (doc. no. 43), affirming the judgment of conviction and sentence pronounced in this case as to defendant Lazarus Antonio Reaves, Jr. on the 1st day of August, 2016, and entered on the 4th day of August, 2016 (doc. no. 29), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on the 15th day of September, 2017, and received in the office of the clerk of this court on the 15th day of September, 2017 (doc. no. 44), it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of conviction and sentence pronounced upon defendant Lazarus Antonio Reaves, Jr. on the 1st day of

August, 2016, and entered on the 4th day of August, 2016 (doc. no. 29), is continued in full force and effect.

DONE, this the 3rd day of October, 2017.

                                      /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**